UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, PATRICK J. CAROME, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Wilmer Cutler Pickering Hale & Dorr LLP

1875 Pennsylvania Ave. NW

Washington, DC 20006

Office Telephone:    202-663-6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. SEE ATTACHED LIST

My attorney Identification number is: DC BAR NO. 385676

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____

✓ SPECIAL ADMISSION:

GRANTED _____    Date: September 23, 2013