## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: Commonwealth of Pennsylvania's** | ) |
| **Rule to Show Cause** | ) |
| | ) |
| | ) |
| **filed in** | ) CIVIL ACTION NO.  1:13-cv-2103 |
| | ) |
| **COMMONWEALTH OF** | )           (JUDGE CAPUTO) |
| **PENNSYLVANIA** | ) |
| | ) |
| | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **WILLIAM HOUSMAN** | ) |

## PROPOSED ORDER

AND NOW, on this _____ day of_____, 2013, upon consideration of the

Commonwealth's Motion to Remand, and the opposition filed in response thereto,

it hereby ORDERED that the Commonwealth's Motion to Remand is DENIED.

IT IS SO ORDERED.

_____

A. Richard Caputo
United States District Judge