**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re: Commonwealth's of Pennsylvania's Rule to Show Cause,

Filed In

COMMONWEALTH OF PENNSYLVANIA,

v.

WILLIAM HOUSMAN.

CIVIL ACTION NO. 1:13-CV-2103

(JUDGE CAPUTO)

## ORDER

**NOW**, this 25th day of October, 2013, upon consideration of the Court's Memoranda and Orders granting the Commonwealth of Pennsylvania's Motions to Remand, denying Respondent Defender Association of Philadelphia's Motions to Dismiss, and denying Respondent Defender Association of Philadelphia's Motions for Reconsideration in *In re Commonwealth's Request for Relief Against or Directed to Defender Association of Philadelphia, Respondent*, Filed in *Commonwealth v. Dick*, No. 13-CV-561 (M.D. Pa.); *In re Proceedings Before the Court of Common Pleas of Monroe County, Pa., to Determine Propriety of State Court Representation by Defendant Association of Philadelphia*, Filed in *Commonwealth v. Sepulveda*, No. 13-CV-511 (M.D. Pa.); and *In re Commonwealth's Motion to Appoint Counsel Against or Directed to Defender Association of Philadelphia, Respondent*, Filed In *Commonwealth v. Dowling*, No. 13-CV-510 (M.D. Pa.), and in view of the fact that the issues in this action are identical to those previously resolved, **IT IS HEREBY ORDERED** that:

(1) The Commonwealth's Motion to Remand (Doc. 9) is **GRANTED**.

(2) The Commonwealth's Rule to Show Cause is **REMANDED** to the Court of Common Pleas of Cumberland County, Pennsylvania.

(3) The Defender Association of Philadelphia's Motion to Dismiss (Doc. 2) is **DENIED as moot**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge