IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Commonwealth of Pennsylvania's Rule to Show Cause,** | ) ) ) ) | |
| | ) | CIVIL ACTION NO. 1:13-cv-2103 |
| | ) | |
| **filed in** | ) | |
| | ) | |
| **COMMONWEALTH OF PENNSYLVANIA** | ) ) ) ) ) | Honorable A. Richard Caputo |
| **vs.** | ) ) | |
| **WILLIAM HOUSMAN** | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Respondent Defender Association of Philadelphia hereby provides notice of its appeal to the United States Court of Appeals for the Third Circuit from the District Court's order dated October 25, 2013, granting the Commonwealth's motion to remand this action to the Court of Common Pleas of Cumberland County, Pennsylvania, and from every aspect of that order. This appeal is timely under Fed. R. App. P. 4(a)(1)(A), because it has been filed within thirty days of the District Court's order.

Respectfully submitted,

Dated: October 28, 2013

/s/ Patrick J. Carome
Patrick J. Carome (pro hac vice)
Paul R.Q. Wolfson (pro hac vice)
Joshua M. Salzman (pro hac vice)
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202.663.6000
Patrick.Carome@wilmerhale.com

Thomas B. Schmidt III (PA 19196)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108
717.255.1155
schmidt@pepperlaw.com

David Richman (PA 04179)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215.981.4000
richmand@pepperlaw.com

*Attorneys for Respondent Defender
Association of Philadelphia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, a true and correct copy of the foregoing Notice of Appeal will be served upon the following via CM/ECF Notification:

>Matthew Peter Smith
>Cumberland County District Attorney
>One Courthouse Square
>2nd Floor
>Carlisle, PA 17013


>/s/ Patrick J. Carome
>Patrick J. Carome